IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/u/b/o LONG FENCE COMPANY, INC. | * * | CASE NO. MJG 03-CV-256 |
| Plaintiff | * | |
| v. | * | |
| UNITED STATES FIDELITY & GUARANTY COMPANY | * * | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### LINE

Pursuant to the Court's Scheduling Order dated March 3, 2003, the United States of America f/u/b/o Long Fence Company, Inc. and the United States Fidelity & Guaranty Company, by their undersigned counsel, state the following::

1. The parties do not request an early settlement/ADR conference before the Court.

2. There is no unanimous consent between the parties to proceed before a United States Magistrate Judge.

                                           /s/
Cynthia E. Rodgers-Waire
Federal Bar No. 22279
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland  21202
(410) 347-8723

        Attorneys for United States Fidelity & Guaranty Company

        _____/s/_____
        Milt N. Theologou
        Silverman & Associates, Chtd.
        11300 Rockville Pike, Suite 908
        North Bethesda, Maryland  20852
        301-468-4990

        Attorney for United States of America f/u/b/o Long Fence Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 11th day of March, 2003, a copy of the foregoing Line was electronically transmitted and/or mailed by first class, postage prepaid, to:

    Milt N. Theologou, Esquire
    Silverman & Associates, Chtd.
    11300 Rockville Pike, Suite 908
    North Bethesda, Maryland  20852

        _____/s/_____
        Cynthia E. Rodgers-Waire

1478592