IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/u/b/o LONG FENCE COMPANY, INC. | * * | CASE NO. MJG 03-CV-256 |
| Plaintiff | * | |
| v. | * | |
| UNITED STATES FIDELITY & GUARANTY COMPANY | * * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), United States of America f/u/b/o Long Fence Company, Inc. and United States Fidelity and Guaranty Company ("USF&G"), through their respective undersigned counsel, hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice, the parties to bear their own costs and attorneys' fees.

/s/
Cynthia E. Rodgers-Waire
Federal Bar No. 22279
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland  21202
(410) 347-8723

Attorneys for United States Fidelity & Guaranty Company

/s/_____
Milt N. Theologou
Silverman & Associates, Chtd.
11300 Rockville Pike, Suite 908
North Bethesda, Maryland  20852
301-468-4990

Attorney for United States of America f/u/b/o Long Fence Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 21st day of April, 2003, a copy of the foregoing Stipulation of Dismissal was electronically transmitted and/or mailed by first class, postage prepaid, to:

Milt N. Theologou, Esquire
Silverman & Associates, Chtd.
11300 Rockville Pike, Suite 908
North Bethesda, Maryland  20852

/s/_____
Cynthia E. Rodgers-Waire

*1486518*